IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM MASKELL**  **PLAINTIFF**

v.  Case No. 4:23-cv-521-JM

**DAVID HARROD**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ORDERED this 14th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE