IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM MASKELL**                                                                                                      **PLAINTIFF**

v.                                                  **Case No. 4:23-cv-521-JM**

**DAVID HARROD**                                                                                                     **DEFENDANT**

## ORDER

Plaintiff Adam Maskell's motion for reconsideration (Doc. 9) is DENIED. Prosecuting attorney David Harrod is immune from suit regardless of where he is pursuing criminal actions against Maskell – whether in state municipal or circuit court. *Sample v. City of Woodbury*, 836 F.3d 913, 916 (8th 2016).

IT IS SO ORDERED this 7th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE